**Order entered February 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01047-CV

**ROBERT H. HOLMES, SR., Appellant**

**V.**

**GRAHAM MORTGAGE CORPORATION, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-05579-H**

## ORDER

We **GRANT** appellant's February 17, 2014 motion for extension of time to file reply brief and **ORDER** the brief be filed no later than February 24, 2014.

/s/      ELIZABETH LANG-MIERS
JUSTICE